**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>FTX DIGITAL MARKETS LTD.,[1]<br><br>      Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 22-11217 (JTD) |

**NOTICE OF AGENDA FOR VIRTUAL STATUS CONFERENCE SCHEDULED FOR JANUARY 4, 2023 AT 2:00 P.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, <u>5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801</u>**

**THE HEARING WILL BE HELD VIA ZOOM ONLY.**

**PLEASE REGISTER IN ADVANCE AT THE LINK BELOW.**

https://debuscourts.zoomgov.com/meeting/register/vJItf-ispj0uE3aJkUM0qVUz3JSsF1OgW_0

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

Topic: FTX Trading Ltd., et al. - Case No. 22-11068 (JTD) &
FTX Digital Markets Ltd - Case No. 22-11217 (JTD)
When: January 4, 2023 at 2:00 p.m. (ET)

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**I.    MATTER GOING FORWARD:**

1.    Outstanding Scheduling Issues Pending in the Chapter 15 Case and Related Chapter 11 Cases, including the following matters:

    A.    Recognition hearing to consider the Voluntary Chapter 15 Petition for Recognition of a Foreign Proceeding [Ch. 15 Case No. 22-11217 (JTD) – <u>Docket No. 1</u> – filed November 15, 2022]

---

[1] FTX Digital Markets Ltd. (in Provisional Liquidation) was incorporated in the Commonwealth of The Bahamas as an International Business Company, registered number 207269B.

RLF1 28406918v.2

B.     Motion of the Joint Provisional Liquidators of FTX Digital Markets Ltd. to Dismiss the Chapter 11 Case of FTX Property Holdings Ltd [Ch. 11 Case No. 22-11068 (JTD) – [Docket No. 213](#) – filed December 12, 2022]

C.     Motion of the Joint Provisional Liquidators of FTX Digital Markets Ltd. for Provisional Relief Under 11 U.S.C. §§ 105(a), 542(e), 1519(a), 1519(e), 1521(a)(7), and 1522 [Ch. 15 Case No. 22-11217 (JTD) – [Docket No. 55](#) – filed December 23, 2022]

Status: A status conference regarding the above-referenced matters and outstanding scheduling issues related thereto will go forward.

Dated: December 30, 2022

*/s/ David T. Queroli*
**RICHARDS, LAYTON & FINGER, P.A.**

Kevin Gross (No. 209)
Paul N. Heath (Bar No. 3704)
Brendan J. Schlauch (Bar No. 6115)
David T. Queroli (Bar No. 6318)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
gross@rlf.com
heath@rlf.com
schlauch@rlf.com
queroli@rlf.com

– and –

**WHITE & CASE LLP**

Jessica C. Lauria (admitted *pro hac vice*)
J. Christopher Shore (admitted *pro hac vice*)
Brian D. Pfeiffer (admitted *pro hac vice*)
Mark Franke (admitted *pro hac vice*)
Brett L. Bakemeyer (admitted *pro hac vice*)
Brandon Batzel (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 819-8200
jessica.lauria@whitecase.com
cshore@whitecase.com
brian.pfeiffer@whitecase.com
mark.franke@whitecase.com
brett.bakemeyer@whitecase.com
brandon.batzel@whitecase.com

Thomas E Lauria (admitted *pro hac vice*)
Richard S. Kebrdle (admitted *pro hac vice*)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone:  (305) 371-2700
tlauria@whitecase.com
rkebrdle@whitecase.com

*Attorneys for the Joint Provisional Liquidators and Foreign Representatives of FTX Digital Markets Ltd. (In Provisional Liquidation)*