# Exhibit "1"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

All monies, assets, and funds contained in:

- Silvergate Bank account number 0000005090042549, and all funds and assets traceable thereto, including accrued interest;
- Silvergate Bank account number 0000005090042556, and all funds and assets traceable thereto, including accrued interest;
- Silvergate Bank account number 0000005090042564, and all funds and assets traceable thereto, including accrued interest;
- Silvergate Bank account number 0000005091010037, and all funds and assets traceable thereto, including accrued interest,

Defendants-in-rem.

22 MAG 10468

**WARRANT OF SEIZURE
PURSUANT TO 18 U.S.C. §§ 981, 982, 984 AND 28 U.S.C. § 2461**

TO:   Silvergate Bank

An Affidavit having been made before me by Elizabeth Kudirka, a Special Agent with the Federal Bureau of Investigation, that she has reason to believe the above captioned assets are subject to seizure and forfeiture pursuant to 18 U.S.C. §§ 981, 982, 984, and 28 U.S.C. § 2461, and as I am satisfied that there is probable cause to believe that the property so described is subject to seizure and forfeiture pursuant to 18 U.S.C. §§ 981, 982, 984, and 28 U.S.C. § 2461:

SILVERGATE BANK IS HEREBY COMMANDED AND AUTHORIZED to (1) effectuate the freeze and seizure of the monies, assets, and funds contained within the following accounts:

- Silvergate Bank account number 0000005090042549, and all funds and assets traceable thereto, including accrued interest
- Silvergate Bank account number 0000005090042556, and all funds and assets traceable thereto, including accrued interest
- Silvergate Bank account number 0000005090042564, and all funds and assets traceable thereto, including accrued interest
- Silvergate Bank account number 0000005091010037, and all funds and assets traceable thereto, including accrued interest

and (2) work to provide the property to the U.S. government in a reasonably practicable manner. Silvergate Bank shall provide reasonable assistance in implementing the terms of this seizure warrant and take no unreasonable action to frustrate the implementation of it.

Dated: New York, New York
       December ___, 2022

_____
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK