# Exhibit "2"

# FTX Digital Markets Ltd. (In Provisional Liquidation)

Building 27, Veridian Corporate Centre
Western Road
Nassau, N.P., The Bahamas

*Instruction For International Wire Transfer Of Funds*

**United States Dollars (USD)**

| | |
|---|---|
| **Intermediary Bank** | Citi Bank |
| SWIFT Code | ████████ |
| | |
| **Beneficiary Institution** | Crown Agents Bank Limited |
| SWIFT Code | ████████████ |
| IBAN | ████████████████████ |
| | |
| **Beneficiary Bank** | Fidelity Bank (Bahamas) Limited |
| Account Number | ██████ |
| | |
| **Beneficiary Customer** | FTX Digital Markets Ltd. (In Provisional Liquidation) |
| Account Number | ████████████ |

*We would be grateful if you would confirm when a transfer has been initiated by emailing bs_ftx_fdm_pmo@pwc.com and sending through a copy of the transfer instruction.*

*v.221212*