**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>FTX DIGITAL MARKETS LTD.,[1]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 22-11217 (JTD) |

**NOTICE OF FILING AND HEARING ON PETITION UNDER CHAPTER 15
OF THE UNITED STATES BANKRUPTCY CODE
AND MOTION FOR RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on November 15, 2022, Brian C. Simms KC, Kevin G. Cambridge, and Peter Greaves, in their capacities as the joint provisional liquidators (together, the "**Joint Provisional Liquidators**") of FTX Digital Markets Ltd. ("**FTX Digital**") duly appointed by the Supreme Court of The Bahamas (the "**Bahamian Court**") and foreign representatives of the provisional liquidation of FTX Digital (the "**Bahamian Provisional Liquidation**") pending in the Bahamian Court pursuant to the Companies (Winding Up Amendment) Act 2011 (the "**CWUA Act**"), commenced the above-captioned case (the "**Chapter 15 Case**") under chapter 15 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (as amended, the "**Bankruptcy Code**") by filing a chapter 15 petition (the "**Petition**") that included, among other things, a proposed form of recognition order (the "**Proposed SDNY Recognition Order**"), a copy of which was attached to the Petition as Exhibit 1 thereto, with the United States Bankruptcy Court for the Southern District

---

[1] FTX Digital Markets Ltd. (in Provisional Liquidation) was incorporated in the Commonwealth of The Bahamas as an International Business Company, registered number 207269B.

of New York (the "**SDNY Bankruptcy Court**") in furtherance of the Bahamian Provisional Liquidation.

**PLEASE TAKE FURTHER NOTICE** that, on November 22, 2022, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered an agreed order [Docket No. 131] transferring the venue of the Chapter 15 Case from the SDNY Bankruptcy Court to this Court.

**PLEASE TAKE FURTHER NOTICE** that, among other things, the Joint Provisional Liquidators seek the entry of an order (the "**Proposed DE Recognition Order**"): (i) granting the Petition and recognizing the Bahamian Provisional Liquidation as the "foreign main proceeding" for FTX Digital pursuant to section 1517 of the Bankruptcy Code, and all relief included therewith as provided in section 1520 of the Bankruptcy Code; (ii) recognizing the Joint Provisional Liquidators as the "foreign representatives" of FTX Digital, as defined in 11 U.S.C. § 101(24) of the Bankruptcy Code, in respect of the Bahamian Provisional Liquidation; (iii) granting the Additional Relief (as defined in the Proposed DE Recognition Order); and (iv) granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled a hearing (the "**Recognition Hearing**") before The Honorable John T. Dorsey, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware for **February 15, 2023 at 10:00 a.m. (ET)** to consider recognition of the Bahamian Provisional Liquidation.

**PLEASE TAKE FURTHER NOTICE** that, in advance of the Recognition Hearing, the Joint Provisional Liquidators will file a copy of the Proposed DE Recognition Order and a blackline marked against the Proposed SDNY Recognition Order.

**PLEASE TAKE FURTHER NOTICE** that copies of the Petition and all accompanying documentation are available to parties in interest on the Court's Electronic Case Filing System, which can be accessed from the Court's website at http://www.deb.uscourts.gov (a PACER login and password are required to retrieve a document); or upon written request to the Joint Provisional Liquidators' counsel (including by e-mail) addressed to:

| **RICHARDS, LAYTON & FINGER, P.A.** | **WHITE & CASE LLP** |
|---|---|
| Kevin Gross (Bar No. 209) | Jessica C. Lauria (admitted *pro hac vice*) |
| Paul N. Heath (Bar No. 3704) | J. Christopher Shore (admitted *pro hac vice*) |
| Brendan J. Schlauch (Bar No. 6115) | Brian D. Pfeiffer (admitted *pro hac vice*) |
| David T. Queroli (Bar No. 6318) | Mark Franke (admitted *pro hac vice*) |
| One Rodney Square | Brett L. Bakemeyer (admitted *pro hac vice*) |
| 920 N. King Street | Brandon Batzel (admitted *pro hac vice*) |
| Wilmington, DE 19801 | 1221 Avenue of the Americas |
| Telephone:    (302) 651-7700 | New York, NY 10020 |
| Facsimile:    (302) 651-7701 | Telephone:    (212) 819-8200 |
| gross@rlf.com | jessica.lauria@whitecase.com |
| heath@rlf.com | cshore@whitecase.com |
| schlauch@rlf.com | brian.pfeiffer@whitecase.com |
| queroli@rlf.com | mark.franke@whitecase.com |
| | brett.bakemeyer@whitecase.com |
| | brandon.batzel@whitecase.com |
| | |
| | Thomas E Lauria (admitted *pro hac vice*) |
| | Richard S. Kebrdle (admitted *pro hac vice*) |
| | 200 South Biscayne Boulevard, Suite 4900 |
| | Miami, FL 33131 |
| | Telephone:    (305) 371-2700 |
| | tlauria@whitecase.com |
| | rkebrdle@whitecase.com |

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to submit a response or objection to the Petition, or the relief requested therein, must do so in writing and in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, setting forth the basis therefor.  Any such response or objection must be filed with the Office of the Clerk of the Court, 824 N. Market Street, Third Floor, Wilmington, Delaware

19801, **by no later than February 8, 2023 at 4:00 p.m. (ET)** and be served upon: (i) White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020 (Attn: Jessica C. Lauria (Jessica.lauria@whitecase.com); J. Christopher Shore (cshore@whitecase.com); and Brian D. Pfeiffer (brian.pfeiffer @whitecase.com)), and 200 South Biscayne Boulevard, Suite 4900 Miami, FL 33131 (Attn: Thomas E Lauria (tlauria@whitecase.com); and Richard S. Kebrdle (rkebrdle@whitecase.com)), as counsel to the Joint Provisional Liquidators; (ii) Richards Layton & Finger P.A., (Attn: Kevin Gross (gross@rlf.com)); Paul N. Heath (heath@rlf.com); and David T. Queroli (queroli@rlf.com)), as Delaware counsel to the Joint Provisional Liquidators; (iii) FTX Digital Markers Ltd., Bldg. 27, Veridian Corp. Centre W Bay St., Nassau, The Bahamas; (iv) the Joint Provisional Liquidators, 3 Bayside Executive Park, Nassau, The Bahamas (Attn: Brian C. Simms KC, Kevin G. Cambridge, and Peter Greaves), as foreign representatives of the Bahamian Provisional Liquidation; and (v) the Office of the United States Trustee for the District of Delaware, 844 King Street Suite 2207 Lockbox 35 Wilmington, DE 19801 (Attn: Juliet Sarkessian (Juliet.M.Sarkessian@usdoj.gov)).

      **PLEASE TAKE FURTHER NOTICE** that all parties in interest opposed to the Petition or the request for relief contained therein must appear at the Recognition Hearing at the time and place set forth above.

      **PLEASE TAKE FURTHER NOTICE** that, at the Recognition Hearing, the Court may order the scheduling of a case management conference to consider the efficient administration of the Chapter 15 Case.

      **PLEASE TAKE FURTHER NOTICE** that if no response or objection is timely filed and served as provided above, the Court may grant the relief requested in the Petition without further notice.

**PLEASE TAKE FURTHER NOTICE** that the Recognition Hearing may be adjourned from time to time without further notice other than an announcement in open court, or a notice of adjournment filed with the Court, of the adjourned date or dates at the hearing or any other further adjourned hearing.

Dated: January 25, 2023

*/s/ David T. Queroli*
**RICHARDS, LAYTON & FINGER, P.A.**

Kevin Gross (Bar No. 209)
Paul N. Heath (Bar No. 3704)
Brendan J. Schlauch (Bar No. 6115)
David T. Queroli (Bar No. 6318)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
gross@rlf.com
heath@rlf.com
schlauch@rlf.com
queroli@rlf.com

—and—

**WHITE & CASE LLP**

Jessica C. Lauria (admitted *pro hac vice*)
J. Christopher Shore (admitted *pro hac vice*)
Brian D. Pfeiffer (admitted *pro hac vice*)
Mark Franke (admitted *pro hac vice*)
Brett L. Bakemeyer (admitted *pro hac vice*)
Brandon Batzel (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone:    (212) 819-8200
jessica.lauria@whitecase.com
cshore@whitecase.com
brian.pfeiffer@whitecase.com
mark.franke@whitecase.com
brett.bakemeyer@whitecase.com
brandon.batzel@whitecase.com

Thomas E Lauria (admitted *pro hac vice*)
Richard S. Kebrdle (admitted *pro hac vice*)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone:    (305) 371-2700
tlauria@whitecase.com
rkebrdle@whitecase.com

*Attorneys for the Joint Provisional Liquidators of FTX Digital Markets Ltd. (In Provisional Liquidation)*