IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 15 |
| FTX DIGITAL MARKETS LTD.,[1] | ) Case No. 22-11217 (JTD) |
| Debtor in a Foreign Proceeding. | ) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
OCTOBER 7, 2024 AT 10:05 A.M. (ET), BEFORE THE HONORABLE
JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET,
<u>5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801</u>**

---

**This Proceeding will be Conducted in-Person.**

**All Counsel and Witnesses are Expected to Attend Unless
Permitted to Appear Remotely Via Zoom.**

**Please Refer to Judge Dorsey's Chambers Procedures and the Court's Website
https://www.deb.uscourts.gov/ecourt-appearances for Information on Who May
Participate Remotely, the method of Allowed Participation (video or audio),
Judge Dorsey's Expectations of Remote Participants, and the
Advance Registration Requirements.**

**Registration is Required by 4:00 p.m. (Eastern Time) the Business Day
Before the Hearing Unless Otherwise Noticed Using the *eCourtAppearances*
Tool Available on the Court's Website**

***PARTIES SHOULD REGISTER FOR THE HEARING SCHEDULED FOR OCTOBER 7,
2024 AT 10:00 A.M. IN CASE NO. 22-11068 (JTD)***

---

**I.    CONTESTED MATTER:**

1. The Celsius Litigation Administrator's Motion for Relief from the Automatic Stay [Ch. 15 Case – <u>Docket No. 155</u>; filed June 5, 2024]

    <u>Response/Objection Deadline</u>:    June 18, 2024 at 4:00 p.m. (ET); extended to July 8, 2024

---

[1]    FTX Digital Markets Ltd. (in Official Liquidation) was incorporated in the Commonwealth of The Bahamas as an International Business Company, registered number 207269B.

RLF1 31449791v.2

Responses/Objections Received:

A. The Foreign Representatives' Objection to the Celsius Litigation Administrators' Motion for Relief from the Automatic Stay [Ch. 15 Case – Docket No. 164; filed July 8, 2024]

Related Documents:

i. Declaration of Kenneth Ehrler in Support of the Celsius Litigation Administrator's Motion for Relief from the Automatic Stay (SEALED) [Ch. 15 Case – Docket No. 156; filed June 5, 2024]

ii. Declaration of Kenneth Ehrler in Support of the Celsius Litigation Administrator's Motion for Relief from the Automatic Stay (REDACTED) [Ch. 15 Case – Docket No. 158; filed June 10, 2024]

iii. Order Approving Tolling Agreement [Ch. 15 Case – Docket No. 161; filed June 27, 2024]

iv. Amended Notice of Motion of the Celsius Litigation Administrator's Motion for Relief from the Automatic Stay [Ch. 15 Case – Docket No. 162; filed June 28, 2024]

v. Declaration of Peter Greaves in Support of the Foreign Representatives' Objection to the Celsius Litigation Administrator's Motion for Relief from the Automatic Stay [Ch. 15 Case – Docket No. 165; filed July 8, 2024]

vi. Declaration of Sophia Rolle-Kapousouzoglou in Support of the Foreign Representatives' Objection to the Celsius Litigation Administrator's Motion for Relief from the Automatic Stay [Ch. 15 Case – Docket No. 166; filed July 8, 2024]

vii. Amended Notice of Motion of the Celsius Litigation Administrator's Motion for Relief from the Automatic Stay [Ch. 15 Case – Docket No. 168; filed July 8, 2024]

viii. The Celsius Litigation Administrator's Reply in Further Support of the Motion for Relief from the Automatic Stay [Ch. 15 Case – Docket No. 173; filed September 4, 2024]

ix. Notice Regarding Exhibit to Declaration of Kenneth Ehrler in Support of the Celsius Litigation Administrator's Motion for Relief from the Automatic Stay (SEALED) [Ch. 15 Case – Docket No. 177; filed September 6, 2024]

x. Notice Regarding Exhibit to Declaration of Kenneth Ehrler in Support of the Celsius Litigation Administrator's Motion for Relief from the Automatic Stay (REDACTED) [Ch. 15 Case – Docket No. 178; filed September 6, 2024]

xi. The Foreign Representatives' Request for an Adjournment and Sur-Reply to the Celsius Litigation Administrator's Reply in Further Support of the Motion for

      Relief from the Automatic Stay [Ch. 15 Case – [Docket No. 180](); filed September 10, 2024]

xii. Supplemental Declaration of Sophia Rolle-Kapousouzoglou in Support of the Foreign Representatives' Request for an Adjournment and Sur-Reply to the Celsius Litigation Administrator's Reply for Relief from the Automatic Stay [Ch. 15 Case – [Docket No. 181](); filed September 10, 2024]

xiii. The Foreign Representatives' Motion for Entry of an Order Granting Leave to File the Foreign Representatives' Request for an Adjournment and Sur-Reply to the Celsius Litigation Administrators' Reply in Further Support of the Motion for Relief from the Automatic Stay [Ch. 15 Case – [Docket No. 182](); filed September 10, 2024]

xiv. Joint Witness and Exhibit Lists of the Celsius Litigation Administrator and the Foreign Representatives of FTX Digital Markets Ltd. [Ch. 15 Case – [Docket No. 186](); filed September 12, 2024]

xv. Order Granting the Foreign Representatives Leave to File the Foreign Representatives' Request for an Adjournment and Sur-Reply to the Celsius Litigation Administrator's Reply in Further Support of the Motion for Relief from the Automatic Stay [Ch. 15 Case – [Docket No. 187](); filed September 12, 2024]

xvi. Sur-Reply Declaration of Tara Cooper Burnside, KC, in Further Support of the Motion for Relief from the Automatic Stay [Ch. 15 Case – [Docket No. 190](); filed September 30, 2024]

<u>Celsius Litigation Administrator's Witness Information</u>:

A.     Kenneth Ehrler, Managing Director at M3 Advisory Partners, LP

B.     Tara Cooper Burnside, KC, Partner of Higgs & Johnson

<u>Foreign Representatives' Witness Information</u>:

A.     Peter Greaves, Joint Official Liquidator of FTX Digital Markets, Ltd.

B.     Sophia Rolle-Kapousouzoglou, Partner of Lennox Paton

<u>Status</u>: The hearing on this matter will go forward.

Dated: October 3, 2024

*/s/   Brendan J. Schlauch*

| **RICHARDS, LAYTON & FINGER, P.A.** | **WHITE & CASE LLP** |
|---|---|
| Kevin Gross (No. 209) | Jessica C. Lauria (admitted *pro hac vice*) |
| Paul N. Heath (No. 3704) | J. Christopher Shore (admitted *pro hac vice*) |
| Brendan J. Schlauch (No. 6115) | Brian D. Pfeiffer (admitted *pro hac vice*) |
| David T. Queroli (No. 6318) | Ashley R. Chase (admitted *pro hac vice*) |
| One Rodney Square | Brett L. Bakemeyer (admitted *pro hac vice*) |
| 920 N. King Street | 1221 Avenue of the Americas |
| Wilmington, DE 19801 | New York, NY 10020 |
| Telephone:     (302) 651-7700 | Telephone:     (212) 819-8200 |
| Facsimile:      (302) 651-7701 | jessica.lauria@whitecase.com |
| gross@rlf.com | cshore@whitecase.com |
| heath@rlf.com | brian.pfeiffer@whitecase.com |
| schlauch@rlf.com | ashley.chase@whitecase.com |
| queroli@rlf.com | brett.bakemeyer@whitecase.com |
| | |
| —and— | Thomas E Lauria (admitted *pro hac vice*) |
| | Richard S. Kebrdle (admitted *pro hac vice*) |
| | 200 South Biscayne Boulevard, Suite 4900 |
| | Miami, FL 33131 |
| | Telephone:     (305) 371-2700 |
| | tlauria@whitecase.com |
| | rkebrdle@whitecase.com |
| | |
| | *Attorneys for the Foreign Representatives of FTX Digital Markets Ltd. (in Official Liquidation)* |