# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 15 |
| FTX DIGITAL MARKETS LTD.,[1] | ) ) ) | Case No. 22-11217 (JTD) |
| Debtor in a Foreign Proceeding. | ) ) ) |  |

**NOTICE OF *AMENDED*[2] AGENDA FOR HEARING SCHEDULED FOR OCTOBER 7, 2024 AT 10:05 A.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, <u>5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801</u>**

> **This Proceeding will be Conducted in-Person.**
>
> **All Counsel and Witnesses are Expected to Attend Unless Permitted to Appear Remotely Via Zoom.**
>
> **Please Refer to Judge Dorsey's Chambers Procedures and the Court's Website** https://www.deb.uscourts.gov/ecourt-appearances **for Information on Who May Participate Remotely, the method of Allowed Participation (video or audio), Judge Dorsey's Expectations of Remote Participants, and the Advance Registration Requirements.**
>
> **Registration is Required by 4:00 p.m. (Eastern Time) the Business Day Before the Hearing Unless Otherwise Noticed Using the *eCourtAppearances* Tool Available on the Court's Website**
>
> ***PARTIES SHOULD REGISTER FOR THE HEARING SCHEDULED FOR OCTOBER 7, 2024 AT 10:00 A.M. IN CASE NO. 22-11068 (JTD)***

## I.  CONTESTED MATTER:

1. The Celsius Litigation Administrator's Motion for Relief from the Automatic Stay [Ch. 15 Case – Docket No. 155; filed June 5, 2024]

---

[1]  FTX Digital Markets Ltd. (in Official Liquidation) was incorporated in the Commonwealth of The Bahamas as an International Business Company, registered number 207269B.

[2]  **Amended agenda items appear in bold.**

RLF1 31611793v.1

| | |
|---|---|
| Response/Objection Deadline: | June 18, 2024 at 4:00 p.m. (ET); extended to July 8, 2024 |

Responses/Objections Received:

A. The Foreign Representatives' Objection to the Celsius Litigation Administrators' Motion for Relief from the Automatic Stay [Ch. 15 Case – Docket No. 164; filed July 8, 2024]

Related Documents:

i. Declaration of Kenneth Ehrler in Support of the Celsius Litigation Administrator's Motion for Relief from the Automatic Stay (SEALED) [Ch. 15 Case – Docket No. 156; filed June 5, 2024]

ii. Declaration of Kenneth Ehrler in Support of the Celsius Litigation Administrator's Motion for Relief from the Automatic Stay (REDACTED) [Ch. 15 Case – Docket No. 158; filed June 10, 2024]

iii. Order Approving Tolling Agreement [Ch. 15 Case – Docket No. 161; filed June 27, 2024]

iv. Amended Notice of Motion of the Celsius Litigation Administrator's Motion for Relief from the Automatic Stay [Ch. 15 Case – Docket No. 162; filed June 28, 2024]

v. Declaration of Peter Greaves in Support of the Foreign Representatives' Objection to the Celsius Litigation Administrator's Motion for Relief from the Automatic Stay [Ch. 15 Case – Docket No. 165; filed July 8, 2024]

vi. Declaration of Sophia Rolle-Kapousouzoglou in Support of the Foreign Representatives' Objection to the Celsius Litigation Administrator's Motion for Relief from the Automatic Stay [Ch. 15 Case – Docket No. 166; filed July 8, 2024]

vii. Amended Notice of Motion of the Celsius Litigation Administrator's Motion for Relief from the Automatic Stay [Ch. 15 Case – Docket No. 168; filed July 8, 2024]

viii. The Celsius Litigation Administrator's Reply in Further Support of the Motion for Relief from the Automatic Stay [Ch. 15 Case – Docket No. 173; filed September 4, 2024]

ix. Notice Regarding Exhibit to Declaration of Kenneth Ehrler in Support of the Celsius Litigation Administrator's Motion for Relief from the Automatic Stay (SEALED) [Ch. 15 Case – Docket No. 177; filed September 6, 2024]

x. Notice Regarding Exhibit to Declaration of Kenneth Ehrler in Support of the Celsius Litigation Administrator's Motion for Relief from the Automatic Stay (REDACTED) [Ch. 15 Case – Docket No. 178; filed September 6, 2024]

xi.   The Foreign Representatives' Request for an Adjournment and Sur-Reply to the Celsius Litigation Administrator's Reply in Further Support of the Motion for Relief from the Automatic Stay [Ch. 15 Case – [Docket No. 180](#); filed September 10, 2024]

xii.  Supplemental Declaration of Sophia Rolle-Kapousouzoglou in Support of the Foreign Representatives' Request for an Adjournment and Sur-Reply to the Celsius Litigation Administrator's Reply for Relief from the Automatic Stay [Ch. 15 Case – [Docket No. 181](#); filed September 10, 2024]

xiii. The Foreign Representatives' Motion for Entry of an Order Granting Leave to File the Foreign Representatives' Request for an Adjournment and Sur-Reply to the Celsius Litigation Administrators' Reply in Further Support of the Motion for Relief from the Automatic Stay [Ch. 15 Case – [Docket No. 182](#); filed September 10, 2024]

xiv.  Joint Witness and Exhibit Lists of the Celsius Litigation Administrator and the Foreign Representatives of FTX Digital Markets Ltd. [Ch. 15 Case – [Docket No. 186](#); filed September 12, 2024]

xv.   Order Granting the Foreign Representatives Leave to File the Foreign Representatives' Request for an Adjournment and Sur-Reply to the Celsius Litigation Administrator's Reply in Further Support of the Motion for Relief from the Automatic Stay [Ch. 15 Case – [Docket No. 187](#); filed September 12, 2024]

xvi.  Sur-Reply Declaration of Tara Cooper Burnside, KC, in Further Support of the Motion for Relief from the Automatic Stay [Ch. 15 Case – [Docket No. 190](#); filed September 30, 2024]

xvii. **Joint Witness and Exhibit Lists of the Celsius Litigation Administrator and the Foreign Representatives of FTX Digital Markets Ltd. [Ch. 15 Case – [Docket No. 192](#); filed October 4, 2024]**

Celsius Litigation Administrator's Witness Information:

A.   Kenneth Ehrler, Managing Director at M3 Advisory Partners, LP

B.   Tara Cooper Burnside, KC, Partner of Higgs & Johnson

Foreign Representatives' Witness Information:

A.   Peter Greaves, Joint Official Liquidator of FTX Digital Markets, Ltd.

B.   Sophia Rolle-Kapousouzoglou, Partner of Lennox Paton

Status: The hearing on this matter will go forward.

Dated: October 4, 2024

*/s/   Brendan J. Schlauch*
**RICHARDS, LAYTON & FINGER, P.A.**
Kevin Gross (No. 209)
Paul N. Heath (No. 3704)
Brendan J. Schlauch (No. 6115)
David T. Queroli (No. 6318)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
gross@rlf.com
heath@rlf.com
schlauch@rlf.com
queroli@rlf.com

—and—

**WHITE & CASE LLP**

Jessica C. Lauria (admitted *pro hac vice*)
J. Christopher Shore (admitted *pro hac vice*)
Brian D. Pfeiffer (admitted *pro hac vice*)
Ashley R. Chase (admitted *pro hac vice*)
Brett L. Bakemeyer (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone:     (212) 819-8200
jessica.lauria@whitecase.com
cshore@whitecase.com
brian.pfeiffer@whitecase.com
ashley.chase@whitecase.com
brett.bakemeyer@whitecase.com

Thomas E Lauria (admitted *pro hac vice*)
Richard S. Kebrdle (admitted *pro hac vice*)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone:     (305) 371-2700
tlauria@whitecase.com
rkebrdle@whitecase.com

*Attorneys for the Foreign Representatives of FTX Digital Markets Ltd. (in Official Liquidation)*

4

RLF1 31611793v.1